## Commonwealth *v.* Johnson, Appellant.

Argued September 21, 1971. *Allen H. Krause,* for appellant; *George E. Christianson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Jordan, Appellant.

Submitted September 14, 1971. *David H. Pittinsky, Louis M. Natali, Jr., Dilworth, Paxson, Kalish, Levy & Coleman,* and *Segal, Appel & Natali,* for appellant; *George T. Brubaker,* Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended postconviction petition.

WRIGHT, P. J., dissents.